UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 39922
   BENJAMIN T ZANDUETA

                                        CHAPTER 13

                                        JUDGE: MANUEL BARBOSA

      Debtor
  SSN XXX-XX-2088

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/23/05 and confirmed on 11/17/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13461.56 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 7380.05 | 1223.97 | 7380.05 |
| A ALL FINANCIAL SERVICES | FILED LATE | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1921.81 | .00 | 547.68 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 541.10 | .00 | 154.20 |
| CAPITAL ONE BANK | UNSECURED | 537.25 | .00 | 153.11 |
| CAPITAL ONE BANK | UNSECURED | 694.83 | .00 | 198.02 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK & GO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2001.54 | .00 | 570.41 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 815.00 | .00 | 232.26 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 119.12 | .00 | 33.95 |

            Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7380.05 | .00 | 6630.65 | .00 | 14010.70 |
| PRINCIPAL PAID | 7380.05 | .00 | 1889.63 | .00 | 9269.68 |
| INTEREST PAID | 1223.97 | .00 | .00 | .00 | 1223.97 |
| TOTAL PAID | 8604.02 | .00 | 1889.63 | .00 | 10493.65 |

The Debtor's attorney, ERNESTO D BORGES JR        , was allowed $  2200.00
and was paid $   2200.00 .

The Trustee received $    606.35 .

Refunds to the Debtor totaled $    161.56 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/16/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE










                                  PAGE  2
           CASE NO. 05 B 39922 BENJAMIN T ZANDUETA